U.S. Bank Trust, N.A. v Santiago (2025 NY Slip Op 06300)

U.S. Bank Trust, N.A. v Santiago

2025 NY Slip Op 06300

Decided on November 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 18, 2025

Before: Kern, J.P., Scarpulla, Friedman, O'Neill Levy, Chan, JJ. 

Index No. 380966/10|Appeal No. 5203|Case No. 2025-01206|

[*1]U.S. Bank Trust, N.A. etc., Plaintiff-Respondent,
v
Annette E. Santiago et al., Defendants, Simon Lopez, Nonparty-Appellant.

Simon Lopez, appellant pro se.
Fein, Such & Crane, LLP, Syracuse (John A. Cirando of counsel), for respondent.

Order, Supreme Court, Bronx County (Naita A. Semaj, J.), entered on or about January 28, 2025, which denied nonparty movant Simon Lopez's motion pursuant to CPLR 5701(a)(3) for permission to appeal, unanimously affirmed, without costs.
Supreme Court properly denied movant's request to appeal to this Court. The orders movant now seeks to consolidate, a May 5, 2017 order, which denied his motion seeking priority in the distribution of surplus monies arising out of the sale of the property, and the January 5, 2022 order, denying reargument, are moot. The property was sold in a short sale, and a satisfaction of the mortgage was filed on July 8, 2016. Thus, no surplus monies are available. In any event, as the former order was appealable as of right under CPLR 5701, the court properly denied movant's motion as the time to have filed his notices of appeal has long expired (see CPLR 5513). Additionally, the denial of a motion for reargument is not appealable (see Christian v Health & Hosps. Corp. , 197 AD2d 481, 481 [1st Dept 1993]). Finally, and contrary to movant's contention, he does not have any pending appeals in this Court.
We have considered movant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 18, 2025